UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 99-8337-CIV-JORDAN

| | |
|---|---|
| CHARLES DUPREE, et. al., | ) |
| Plaintiffs | ) |
| vs. | ) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et. al., | ) |
| Defendants | ) |

**FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is entered in favor of the defendants[1], and against the plaintiffs[2]. The plaintiffs shall take nothing by this cause. Costs will be taxed upon appropriate motion.

This case is CLOSED and any pending motions are DENIED AS MOOT.

DONE and ORDERED in chambers in Miami, Florida, this 9th day of August, 2007.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           Magistrate Judge Torres

---

[1] The defendants in this case are Prudential Insurance Company of America, Arthur F. Ryan, Franklin E. Agnew, Frederic K. Becker, James G. Cullen, Carolyne K. Davis, Roger A. Enrico, Allan D. Gilmour, William H. Gray, III, Jon F. Hanson, Glen H. Hiner, Constance J. Horner, Gaynor N. Kelley, Ida F.S. Schmertz, Charles R. Sitter, Donald L. Staheli, Richard M. Thomson, James A. Unruh, P. Roy Vagelos, Stanley C. Van Ness, Paul A. Volcker, Joseph H. Williams, and Gilbert F. Casallas.

[2] The plaintiffs in this case are Charles Dupree, Carole L. Dupree, Bruce Poulsen, Leonard Juliano, Robert A. Shaw, Charles D. Neal, and Isaac Ben Ezra.